**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **ROBERT CASTILLO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:21-CV-00545-REP |
| ) | |
| **PUBLIX SUPER MARKETS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION TO SUBSTITUTE

Plaintiff Robert Castillo, by counsel, with the agreement of Defendant, respectfully requests the Court enter an Order substituting Publix North Carolina, L.P. as a named Defendant in this action in place of Publix Super Markets, Inc. Plaintiff, with the agreement of Defendant, and pursuant to Federal Rule of Civil Procedure 21, respectfully request the Court add Publix North Carolina, L.P. and simultaneously drop Publix Super Markets, Inc. as a party defendant.

The grounds for this motion are more fully stated in the memorandum of law filed herewith, which is fully incorporated by reference.

WHEREFORE, for all of the above reasons and for the reasons stated in the accompanying memorandum of law, Plaintiff Robert Castillo respectfully requests that this motion be granted.

Dated: October 5, 2021

                                                Respectfully Submitted,

                                                **ROBERT CASTILLO**

                                                By: _____/s/ Christian F. Tucker_____
                                                              Counsel

Martin A. Conn, Esq. (VSB No. 39133)
Christian F. Tucker, Esq. (VSB No. 92571)
**Moran Reeves & Conn PC**
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
mconn@moranreevesconn.com
ctucker@moranreevesconn.com
*Counsel for Robert Castillo*

SEEN AND AGREED:


_____/s/ Laura M. Berry_____
Jon A. Nichols (VSB No. 48613)
Laura M. Berry (VSB No. 95697)
**Harman, Claytor, Corrigan & Wellman**
P.O. Box 70280
Richmond, VA 23255
Telephone: 804-747-5200
Facsimile: 804-747-6085
jnichols@hccw.com
lberry@hccw.com
*Counsel for Publix North Carolina, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon A. Nichols (VSB No. 48613)
>Laura M. Berry (VSB No. 95697)
>**Harman, Claytor, Corrigan & Wellman**
>P.O. Box 70280
>Richmond, VA 23255
>Telephone: 804-747-5200
>Facsimile: 804-747-6085
>jnichols@hccw.com
>lberry@hccw.com
>*Counsel for Publix North Carolina, L.P.*

    /s/ Christian F. Tucker
Martin A. Conn, Esq. (VSB No. 39133)
Christian F. Tucker, Esq. (VSB No. 92571)
**Moran Reeves & Conn PC**
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
mconn@moranreevesconn.com
ctucker@moranreevesconn.com
*Counsel for Robert Castillo*