**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **ROBERT CASTILLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-CV-00545-REP |
| | ) | |
| **PUBLIX SUPER MARKETS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER

UPON CONSIDERATION OF Plaintiff Robert Castillo's Unopposed Motion to Substitute, the Court finding that Defendant has no objection to the relief sought, the Court hereby GRANTS the motion and ORDERS the Clerk of the Court to modify the docket to effectuate the substitution, pursuant to Federal Rule of Civil Procedure 21, of "Publix North Carolina, L.P." as Defendant in place of "Publix Super Markets, Inc," and the case caption be amended as follows:

| | | |
|---|---|---|
| **ROBERT CASTILLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-CV-00545-REP |
| | ) | |
| **PUBLIX NORTH CAROLINA, L.P.** | ) | |
| | ) | |
| **Defendant.** | ) | |

ENTERED this _____ day of _____, 2021.

_____
Judge

WE ASK FOR THIS:


\_\_\_\_/s/ Christian F. Tucker_____
Martin A. Conn, Esq. (VSB No. 39133)
Christian F. Tucker, Esq. (VSB No. 92571)
**Moran Reeves & Conn PC**
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
mconn@moranreevesconn.com
ctucker@moranreevesconn.com
*Counsel for Robert Castillo*



SEEN AND AGREED:


\_\_\_\_/s/ Laura M. Berry_____
Jon A. Nichols (VSB No. 48613)
Laura M. Berry (VSB No. 95697)
**Harman, Claytor, Corrigan & Wellman**
P.O. Box 70280
Richmond, VA 23255
Telephone: 804-747-5200
Facsimile: 804-747-6085
jnichols@hccw.com
lberry@hccw.com
*Counsel for Publix North Carolina, L.P.*